1
2
3
4
5
6

7                              **UNTIED STATES DISTRICT COURT**

8                              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  POINT A TECHNOLOGIES, INC., a California corporation, | **Case No.: 2:20-CV-07980-MRW** Judge:  Hon. Michael R. Wilmer |
| 11 | |
| 12           Plaintiff, | |
| 13    v. | **[PROPOSED] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |
| 14  LODGE MANUFACTURING COMPANY, a Tennessee corporation; DOES 1 through 25, Inclusive, | |
| 15 | |
| 16 | |
| 17           Defendants. | |
| 18 | |
| 19  LODGE MANUFACTURING COMPANY, a Tennessee corporation, | |
| 20 | |
| 21           Counter – Claimant,   v. | |
| 22  POINT A TECHNOLOGIES, INC., a California corporation, | |
| 23 | |
| 24           Counter – Defendant. | |
| 25 | |

26
27      Pursuant to the parties' stipulation to dismiss this entire case with prejudice and good cause appearing therefor,
28

IT IS ORDERED that:

1. This action is dismissed with prejudice in its entirety; and
2. Each party is to bear its own attorney's fees and costs incurred in this action.

Date: November 16, 2021

_____
Hon. Michael R. Wilner
United States Magistrate Judge

[PROPOSED] ORDER DISMISSING ENTIRE CASE WITH PREJUDICE